IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ROBERT HEARD,**

    Plaintiff,

    v.

**SHENONDAH FIELDS, et. al.,**

    Defendants.

Case No. 7:13-cv-25 (HL)

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge (Doc. 12). The Magistrate Judge reviewed Plaintiff's complaint and request to bring his claims in this case *in forma pauperis.* An analysis of the Magistrate Judge's recommendation is below.

Under 28 U.S.C. § 1915, the full filing fee in a civil case must be paid by a prisoner if the prisoner has filed more than three prior civil actions. This rule, known as the "three strikes" provision, provides an exception if a prisoner can demonstrate that they are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). If a prisoner is in imminent danger, then the prisoner can proceed with a civil case *in forma pauperis*, despite the number of civil cases that he or she may have filed in the past.

In this case, Plaintiff Heard, who is classified as a frequent filer, cannot proceed *in forma pauperis* unless he can show that he is in imminent danger.

After reviewing the record, the Magistrate Judge concluded that Plaintiff was not in imminent danger except as to one claim that Plaintiff stated against Warden Cedric Taylor. Plaintiff claims that Taylor is responsible for a serious dental condition from which Plaintiff suffers that requires immediate attention. The Magistrate Judge determined that the complaint construed liberally would allow this claim to move forward *in forma pauperis*. The Magistrate Judge recommended dismissing all other claims filed by Plaintiff.

After review, this Court agrees with the analysis performed by the Magistrate Judge and dismisses all claims except for the claim against Taylor regarding Plaintiff's presently existing dental condition. The Court has reviewed Plaintiff's objections to the recommendation, and finds those objections to be without merit. The objections contain vague allegations, none of which support a finding that Plaintiff is in imminent danger as to any other claim except for his dental condition.

The Report and Recommendation of the Magistrate Judge shall be adopted and made order of the Court.

**SO ORDERED**, this 24th day of June, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

ebrs